1  H. F. Layton (SBN 154465)
   James Martinez (SBN 235800)
2  **H. F. LAYTON LAW OFFICE**
   8660-B Brentwood Blvd.
3  Brentwood, CA  94513
   Telephone: (925) 240-1040
4  Facsimile: (925) 240-1878

5  Attorneys for Plaintiff
   RAMON CASTILLO

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12

13 **RAMON CASTILLO,**              ) Case Number C07-04912 EDL
                                    )
14          **Plaintiff,**          )
                                    ) **CONSENT TO PROCEED BEFORE**
15                                  ) **A UNITED STATES MAGISTRATE**
   vs.                              ) **JUDGE**
16                                  )
                                    )
17                                  )
                                    )
18 **CITY OF RICHMOND, a Municipal**)
   **Corporation; VIRGIL THOMAS,** )
19 **individually and as an Officer of the** )
   **Richmond Police Department; TERRY** )
20 **HUDSON, individually and as Chief of** )
   **Police of the Richmond Police Department;** )
21 **and DOES 1-100, inclusive,**   )
                                    )
22          **Defendants.**         )
   _____  )
23  –

24
           CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
25
           In accordance with the provisions of Title 28, U.S.C. Section 636(c), the
26
   undersigned party hereby voluntarily consents to have a United States Magistrate
27
   Judge conduct any and all further proceedings in the case, including trial, and order the
28
   entry of a final judgment.  Appeal from the judgment shall be taken directly to the

1  United States Court of Appeals for the Ninth Circuit.

2  Dated: January 3, 2008                                     **H. F. LAYTON LAW OFFICE**

4                                                                            /S/
                                                                  _____
                                                                  JAMES MARTINEZ
5                                                                 Attorneys for Plaintiff
                                                                  RAMON CASTILLO