1  H. F. Layton (SBN 154465)
   James Martinez (SBN 235800)
2  **H. F. LAYTON LAW OFFICE**
   8660-B Brentwood Blvd.
3  Brentwood, CA  94513
   Telephone: (925) 240-1040
4  Facsimile: (925) 240-1878

5  Attorneys for Plaintiff
   RAMON CASTILLO

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12

13 | **RAMON CASTILLO,** | ) Case Number C07-04912 EDL |
|---|---|
14 | **Plaintiff,** | ) |
15 | | ) **PLAINTIFF RAMON CASTILLO S** |
   | | ) **CASE MANAGEMENT** |
16 | **vs.** | ) **STATEMENT** |
17 | | ) |
18 | **CITY OF RICHMOND, a Municipal Corporation; VIRGIL THOMAS, individually and as an Officer of the Richmond Police Department; TERRY HUDSON, individually and as Chief of Police of the Richmond Police Department; and DOES 1-100, inclusive,** | ) |
   | **Defendants.** | ) |

23

24     Plaintiff Ramon Castillo respectfully submits this Case Management

25 Conference Statement:

26     **I.     JURISDICTION AND SERVICE**

27     This Court has subject matter jurisdiction for Plaintiff s claims against all

28 Defendants for violation of his federal constitutional rights under Tile 42 U.S.C.

1  Sections 1331(a) and 1343. This Court also has pendent jurisdiction over Plaintiff's
2  state law claims against the individual defendants pursuant to Title 28 U.S.C. Section
3  1367.
4      Defendants have not yet been served, although Defendants' counsel has notice
5  of this lawsuit and will be accepting service of the First Amended Complaint.
6      **II.    FACTS**
7      On or about September 25, 2005, at approximately 9:30 p.m., Plaintiff was
8  accompanying a few friends home, in Richmond, California. After walking his last
9  friend home, Plaintiff began walking towards his home which was at the time of this
10 incident located at 3038 Rheem Street, in the City of Richmond. Plaintiff walked
11 down Twenty-third Street towards San Pablo Avenue. When Plaintiff arrived at a gas
12 station on San Pablo Avenue, in the City of San Pablo, Plaintiff was tired and decided
13 to sit down and rest at the corner on the curb. Plaintiff, however, dozed off.
14     Plaintiff was awoken when Defendant Virgil Thomas, who was acting as a
15 Richmond Police Officer on patrol, struck the left side of his neck. Plaintiff Castillo
16 then turned to look at Defendant Thomas, who said something to him in English, but
17 Plaintiff does not understand English. Defendant Thomas then proceeded to kick
18 Plaintiff three or four times in his lower rib areas. Plaintiff Castillo laid on the ground
19 while Defendant Thomas walked to his police car. When Defendant Thomas returned,
20 Defendant began kicked Plaintiff once again, and then punched him three or four times
21 in the fact and neck.
22     Plaintiff, at all times during this attack, kept his hands in plain sight, and
23 neither provoked Defendant Thomas, nor made any effort to flee, resist, or strike
24 Defendant Thomas. A witness took Plaintiff to Doctors Medical Center located in the
25 City of San Pablo for treatment. Plaintiff Castillo suffered serious physical injuries
26 including abrasions and facial contusions.
27     **III.    LEGAL ISSUES**
28     As Defendants have not yet been served, disputed points of law are not known.

**IV.    MOTIONS**

There are no pending motions.

**V.    AMENDMENT OF PLEADINGS**

Plaintiff will file a First Amended Complaint, deleting state law claims against Defendant City of Richmond no later than January 7, 2008.

**VI.    EVIDENCE PRESERVATION**

No steps have been taken by Plaintiff to preserve evidence in this case as Plaintiff has no evidence directly in his control.

**VII.    DISCLOSURES**

Defendants have not yet been served, nor have Defendants appeared in this action. Therefore, no initial disclosures have been made.

**VIII.    DISCOVERY**

No discovery has been done in this case as Defendants have not yet been served, nor have Defendants appeared in this action.

**IX.    CLASS ACTION**

This case is not a class action.

**X.    RELATED CASES**

There are no related cases.

**XI.    RELIEF**

Plaintiff seeks compensation for his medical expenses, lost wages and income, his out of pocket expenses, and for general damages. In addition, Plaintiff seeks punitive damages, attorneys fees, and costs of suit. This figure has not yet been calculated. Plaintiff s damages will be based upon the physical injuries and abuse sustained in the incident.

**XII.    SETTLEMENT AND ADR**

The prospects for settlement are unknown at this time.

**XIII.    CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Plaintiff has filed a Consent Proceed Before A United States Magistrate Judge.

**XIV.   OTHER REFERENCES**

No other references are suitable.

**XV.   NARROWING OF ISSUES**

Plaintiff is not aware of any issue in this matter that can be narrowed by agreement or motion.

**XVI.   EXPEDITED SCHEDULE**

Plaintiff does not currently believe that this case can be handled on an expedited basis.

**XVII.   SCHEDULING**

Defendants have not yet been served, nor have they appeared in this action. Plaintiff

**XVIII.   TRIAL**

Plaintiff has requested a jury trial. Plaintiff estimates the length of trial to be between seven and ten days.

**XIX.   DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

Plaintiff is unaware of any non-party interested entities or persons.

**XX.   OTHER MATTERS**

Plaintiff is not aware of any other matters that may facilitate the just, speed, and inexpensive disposition of this matter.

Dated: January 3, 2008                                   H. F. LAYTON LAW OFFICE


                                                         _____/S/_____
                                                         JAMES MARTINEZ
                                                         Attorneys for Plaintiff
                                                         RAMON CASTILLO