H. F. Layton (SBN 154465)
James Martinez (SBN 235800)
**H. F. LAYTON LAW OFFICE**
8660-B Brentwood Blvd.
Brentwood, CA  94513
Telephone: (925) 240-1040
Facsimile: (925) 240-1878

Attorneys for Plaintiff
RAMON CASTILLO

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **RAMON CASTILLO,** | Case Number C07-04912 EDL |
| **Plaintiff,** | |
| vs. | **PLAINTIFF RAMON CASTILLO S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| **CITY OF RICHMOND, a Municipal Corporation; VIRGIL THOMAS, individually and as an Officer of the Richmond Police Department; TERRY HUDSON, individually and as Chief of Police of the Richmond Police Department; and DOES 1-100, inclusive,** | |
| **Defendants.** | |

        Plaintiff Ramon Castillo respectfully requests that the Case Management Conference scheduled for January 8, 2008 be continued as all Defendants have not yet been served.  In addition, Plaintiff will be filing a First Amended Complaint no later than January 7, 2008.

Dated: January 3, 2008                          **H. F. LAYTON LAW OFFICE**


                                    _____
                                              /S/
                                    JAMES MARTINEZ
                                    Attorneys for Plaintiff
                                    RAMON CASTILLO