IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON CASTILLO, | No. C-07-04912 (EDL) |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| RICHMOND CITY OF, | |
| Defendant. | |

In light of Plaintiff's request, it is hereby ORDERED that the case management conference scheduled for January 8, 2008 shall be continued to February 26, 2008 at 10:00 a.m. A joint case management conference statement shall be filed no later than February 19, 2008. Any further requests for continuances must contain more detailed explanation, such as why Defendants have not yet been served.

**IT IS SO ORDERED.**

Dated: January 7, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge