JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
CITY OF RICHMOND, VIRGIL THOMAS and TERRY HUDSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON CASTILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF RICHMOND, a Municipal Corporation: VIRGIL THOMAS, individually and as an Officer of the Richmond Police Department; TERRY HUDSON, individually and as Chief of Police of the Richmond Police Department; and DOES 1-100, Inclusive,<br><br>    Defendants. | Case No. C07-4912 EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

Defendants CITY OF RICHMOND, TERRY HUDSON, in his capacity as former Chief of Police for CITY OF RICHMOND, and Richmond police officer VIRGIL THOMAS, hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

/ / /

DECLINATION OF ASSIGNMENT TO MAGISTRATE
JUDGE AND REQUEST FOR REASSIGNMENT TO A U.S.
DISTRICT JUDGE - Case No. C07-4912 EDL

1  Dated: January 28, 2008         McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
2                                   PFALZER, BORGES & BROTHERS LLP
3
4                                   By: _____
                                        James V. Fitzgerald, III / Noah G. Blechman
                                        Attorneys for Defendant
5                                       CITY OF RICHMOND, VIRGIL THOMAS, and
                                        TERRY HUDSON

DECLINATION OF ASSIGNMENT TO MAGISTRATE         2
JUDGE AND REQUEST FOR REASSIGNMENT TO A U.S.
DISTRICT JUDGE - Case No. C07-4912 EDL