United States District Court
Northern District of California

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## Northern District of California

10  Castillo,                                    07-04912 MHP

11              Plaintiff(s),                    **NOTICE RE: NONCOMPLIANCE
                                                 WITH COURT ORDER**
12      v.

13  City of Richmond,

14              Defendant(s).

15

16      The parties have failed to file an ADR Certification and either a Stipulation and

17  [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18  Conference as required by the Initial Case Management Scheduling Order.  Counsel

19  shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20  matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21  an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting

22  ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23  ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24  at www.adr.cand.uscourts.gov.)

25

26      Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27  copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

Notice Re: Noncompliance With Court Order
07-04912 MHP                          -1-

**United States District Court**
**Northern District of California**

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2  to an e-mail directed to adr@cand.uscourts.gov.

3

4       It is the responsibility of counsel to schedule an ADR Phone Conference, if

5  required, to occur <u>before</u> the Case Management Conference.

6

7

8  Dated: February 7, 2008

9                                  RICHARD W. WIEKING

10                                  Clerk

by:   Timothy J. Smagacz

11

12                                  ADR Administrative Assistant

13                                  415-522-4205

Tim_Smagacz@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice Re: Noncompliance With Court Order**
07-04912 MHP                        -2-

**PROOF OF SERVICE**

Case Name:        Castillo v. City of Richmond

Case Number:    07-04912 MHP

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On February 7, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> James Martinez
> H. F. LAYTON LAW OFFICE
> 8660-B Brentwood Boulevard
> Brentwood, CA 94513
> jim@laytonlawoffice.com
>
> Herbert Ferdinand Layton
> H.F. Layton Law Office
> 8660-B Brentwood Blvd.
> Brentwood, CA 94513
> HFLayton@pacbell.net
>
> James V. Fitzgerald III
> McNamara Dodge Ney Beatty Slattery Pfalzer Borges & Brothers
> 1211 Newell Avenue
> Post Office Box 5288
> Walnut Creek, CA 94596
> james.fitzgerald@mcnamaralaw.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 7, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov