UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                         Plaintiff(s),                Case No.

                                            ADR CERTIFICATION BY PARTIES
                                            AND COUNSEL
       v.

                       Defendant(s).
_____/

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.


Dated:_____                                                      _____
                                                                                  [Party]


Dated: _____                                                      _____
                                                                                   [Counsel]