**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: February 25, 2008

Case No.   C 07-4912  MHP             Judge: MARILYN H. PATEL

Title: RAMON CASTILLO -v- CITY OF RICHMOND

Attorneys:  Plf: James Martinez
            Dft: Noah Blechman

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVicker

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Matter previously referred to Mediation, to be completed within 90 days; Initial disclosures exchanged; Internal Affairs records, personnel records to be provided;

A further status conference set for 6/2/2008 at 3:00 pm, with a joint status report to be filed not later than 5/27/2008;