# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Castillo, | 07-04912 MHP MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| City of Richmond, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**R. Stephen Goldstein**
Goldstein Gellman, Melbostad, et al.
1388 Sutter St., Suite 1000
San Francisco, CA 94109
415-673-5600

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04912 MHP MED                              - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2    L.R. 6-7 shall NOT be filed with the court.

3

4    Dated: March 3, 2008

5                                                    RICHARD W. WIEKING
                                                     Clerk
6                                                    by:    Claudia M. Forehand

7    

8                                                    ADR Case Administrator
                                                     415-522-2059
9                                                    Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Notice of Appointment of Mediator**
07-04912 MHP MED                                     - 2 -