# McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer, Borges & Brothers LLP

ATTORNEYS AT LAW

MICHAEL J. NEY
THOMAS G. BEATTY
ROBERT M. SLATTERY
THOMAS E. PFALZER
GUY D. BORGES
ROGER J. BROTHERS
GARY R. JOHNSON
JAMES V. FITZGERALD, III
MARTIN J. AMBACHER
ROBERT W. HODGES
J. WESLEY SMITH
PAUL B. WALSH
ANN H. LARSON
R. DEWEY WHEELER
SETH J. SCHWARTZ
ROBERT W. LAMSON

RICARDO A. MARTINEZ
DIANNE KREMEN COLVILLE
LISA R. ROBERTS
DENISE BILLUPS-SLONE
J. LUCIAN DODSON III
JAMES E. ALLEN
ERIC G. LUNDBERG
DENISE J. SERRA
WILMA J. GRAY
HOWARD PATRICK SWEENEY
PETER J. HIRSIG
PATRICK L. MOORE
RICHARD M. McNEELY
GARY A. WATT
NOAH G. BLECHMAN
MICHAEL P. CLARK

JENIFER K. LEECE
BARBARA L. MILLER
CATHLEEN A. IRWIN
JENNIFER A. PHILLIPS
SUZANNE FOLEY SPRAGUE
SHARON A. GARSKE
MILOSLAV KHADILKAR
PETER W. SEKELICK
JEANNE C. SHIH
TONYA R. DRAEGER
HENRY WILLIAMS III
MATTHEW P. SULLIVAN
CARRIE E. CROXALL
AARON M. SCOLARI
SHAWN F. HARDING
PETRA BRUGGISSER

CHRISTOPHER N. ODNE
NOLAN S. ARMSTRONG
MARK P. IEZZA
CHRISTOPHER T. LUSTIG
BARTON J. CERIONI
RYAN J. BARNCASTLE
MILJOY B. LINSAO
TANNER D. BRINK
CHRISTINE E. GARSKE
WILLIAM L. McCASLIN
CONNOR M. DAY
KEVIN T. KERR
ANDREA N. de KONING
NATHANIEL A. SMITH
RAYELLE D. SABO

1211 NEWELL AVENUE
WALNUT CREEK, CA 94596-5331

PLEASE RESPOND TO:
P.O. BOX 5288
WALNUT CREEK, CA 94596

TELEPHONE: (925) 939-5330
FACSIMILE: (925) 939-0203

www.mcnamaralaw.com

SOLANO COUNTY OFFICE
639 KENTUCKY STREET, FIRST FLOOR
FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998
FACSIMILE: (707) 427-0268

SAN JOAQUIN COUNTY OFFICE
2316 ORCHARD PARKWAY, SUITE 120
TRACY, CA 95377
TELEPHONE: (877) 839-5330
FACSIMILE: (209) 839-6758

PARTNERS EMERITUS
DANIEL J. McNAMARA
DOUGLAS C. McCLURE

RICHARD E. DODGE
(1941 – 2000)

OF COUNSEL
WILLIAM K. HOUSTON, JR.
ANTHONY J. DeMARIA

March 13, 2008

Noah G. Blechman
noah.blechman@mcnamaralaw.com

Hon. Wayne D. Brazil
U.S. District Court, Northern District
Courtroom 4, 3rd Floor
1301 Clay Street #400 South
Oakland, CA 94612

    Re:    **Castillo, Ramon v. City of Richmond et al.**
             Case No. - C07-4912 MHP

Dear Hon. Judge Brazil:

    We have been ordered to mediation in this matter and a mediation is currently set in this case with Mr. R. Stephen Goldstein, Esq. of San Francisco on April 24th. In this case, Plaintiff alleges that he was subject to excessive and unnecessary force during a brief contact, not leading to any arrest, with an officer from the Richmond Police Department ("RPD"). Defendants vehemently deny the Plaintiff's claims. Plaintiff has brought suit versus the City of Richmond, the involved officer, Officer Virgil Thomas, as well as the acting Chief of Police at that time, Terry Hudson. Mr. Hudson has now since retired. The value of this case is likely no more than $35,000. Plaintiff has little in the way of pecuniary damages.

    Per ADR LR 6-9(d), we are now writing to request that Mr. Hudson, a named party, be excused from attending the upcoming mediation on several grounds. First of all, Mr. Hudson, though a named party, had no involvement in the alleged incident. He is simply named as he was the Chief of Police of RPD at the time of the incident and Plaintiff's counsel has conceded that he was named simply for a *Monell* type of claim, which Plaintiff's counsel conceded is not likely to be proven in this isolated claimed excessive force case. Mr. Hudson does not have any first hand personal knowledge of this incident as he was not a witness to the incident. Secondly, Plaintiff's counsel has agreed that Mr. Hudson does not need to attend the mediation and

Judge Brazil
March 13, 2008
Page 2

Re:     Castillo, Ramon v. City of Richmond

mediator Mr. Goldstein has agreed to excuse him also pending this formal request. Thirdly, Officer Thomas will be in attendance at the mediation as well as other representatives of the City of Richmond and/or insurance personnel, with settlement authority. Mr. Hudson's attendance and/or non-attendance will have no bearing whatsoever on the outcome and/or meaningfulness of the mediation. It is unjust to pull Mr. Hudson out of retirement and produce Mr. Hudson for the mediation as he will not add anything to the equation.

As this excusal is agreed to by Plaintiff's counsel, as well as the mediator, and good cause is shown that Mr. Hudson's participation at mediation is not necessary for the meaningfulness of the process, we request that Mr. Hudson be formally excused from attending the upcoming mediation. If need be, we can attempt to have Mr. Hudson on telephone standby at the time of mediation, though we do not foresee this even being necessary. A proposed order is attached per ADR LR 6-9(d).

Should you have any questions, please do not hesitate to contact the undersigned, or James V. Fitzgerald, III, the lead trial attorney on this matter.

Very truly yours,

Noah G. Blechman

NGB:ssa

Encl.

cc:     H. F. Layton, Esq.
        R. Stephen Goldstein, Esq.
        U.S. Dist. Court – ADR Unit

JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
CITY OF RICHMOND, VIRGIL THOMAS and TERRY HUDSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON CASTILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF RICHMOND, a Municipal Corporation: VIRGIL THOMAS, individually and as an Officer of the Richmond Police Department; TERRY HUDSON, individually and as Chief of Police of the Richmond Police Department; and DOES 1-100, Inclusive,<br><br>    Defendants. | Case No. C07-4912 MHP<br><br>**[PROPOSED] ORDER EXCUSING PARTY FROM ATTENDANCE AT MEDIATION PER ADR LOCAL RULE 6-9(d)**<br><br>Mediation Date:    April 24, 2008<br><br>Trial Date:         none |

Defendants' have written a letter to Your Honor per ADR L.R. 6-9(d) requesting that Defendant TERRY HUDSON be excused from attending mediation on April 24th. Good cause having been shown by Defendants, the Court orders as follows:

1)    Defendant TERRY HUDSON is excused from attendance at mediation.


IT IS SO ORDERED.


Dated:_____

                                                    _____
                                                    Hon. Judge Wayne D. Brazil
                                                    United States Magistrate Judge

ORDER EXCUSING PARTY FROM
ATTENDANCE AT MEDIATION-C07-4912 MHP