JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
CITY OF RICHMOND, VIRGIL THOMAS and TERRY HUDSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON CASTILLO,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF RICHMOND, a Municipal Corporation: VIRGIL THOMAS, individually and as an Officer of the Richmond Police Department; TERRY HUDSON, individually and as Chief of Police of the Richmond Police Department; and DOES 1-100, Inclusive,<br><br>Defendants. | Case No. C07-4912 MHP<br><br>[PROPOSED] ORDER EXCUSING PARTY FROM ATTENDANCE AT MEDIATION PER ADR LOCAL RULE 6-9(d)<br><br>Mediation Date:   April 24, 2008<br><br>Trial Date:   none |

Defendants' have written a letter to Your Honor per ADR L.R. 6-9(d) requesting that Defendant TERRY HUDSON be excused from attending mediation on April 24th. Good cause having been shown by Defendants, the Court orders as follows:

1)   Defendant TERRY HUDSON is excused from attendance at mediation.

IT IS SO ORDERED.

Dated: 3/17/08

_____
Hon. Judge Wayne D. Brazil
United States Magistrate Judge

ORDER EXCUSING PARTY FROM
ATTENDANCE AT MEDIATION-C07-4912 MHP