# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Castillo,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>City of Richmond,<br><br>　　　　Defendant(s). | No. C 07-04912 MHP MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __April 24, 2008__

2. Did the case settle?    ☒ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: May 1, 2008

*/s/ R. Stephen Goldstein*
Mediator, R. Stephen Goldstein
Goldstein Gellman, Melbostad, et al.
1388 Sutter St., Suite 1000
San Francisco, CA 94109

**Certification of ADR Session**
07-04912 MHP MED