1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAMON CASTILLO,                                    No. C 07-4912  MHP

         Plaintiff(s),                          **ORDER**
                                                   **(Ninety-Day Conditional Dismissal)**
  v.

CITY OF RICHMOND et al,

         Defendant(s).                          /

      The parties hereto, by their counsel, having advised the Court that they have agreed to a

settlement of this action.

        IT IS HEREBY ORDERED that this action is dismissed with prejudice; provided,

however, that if any party hereto shall certify to this Court, with a proof of service of a copy on

opposing counsel, within 90 days from the date hereof, that the agreed consideration for the

settlement has not been delivered over, this Order shall stand vacated, and the action shall be

restored to the calendar to be set for trial.

Dated: May 14, 2008

                                           MARILYN HALL PATEL
                                          United States District Court Judge