1  H. F. Layton (SBN 154465)
   James Martinez (SBN 235800)
2  H. F. LAYTON LAW OFFICE
   8660-B Brentwood Blvd.
3  Brentwood, California 94513
   Telephone: (925) 240-1040
4  Facsimile: (925) 240-1878

5  Attorneys for Plaintiff
   RAMON CASTILLO
6
7
8              UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION
11
12
13 RAMON CASTILLO,                    ) Case Number C07-4912 MHP
                                      )
14         Plaintiff,                 )
                                      ) STIPULATION OF DISMISSAL
15                                    )
   vs.                                )
16                                    )
                                      )
17                                    )
   CITY OF RICHMOND, a Municipal      )
18 Corporation; VIRGIL THOMAS, individually )
   and as an Officer of the Richmond Police )
19 Department; TERRY HUDSON, individually )
   and as Chief of Police of the Richmond Police )
20 Department; and DOES 1-100, inclusive, )
                                      )
21         Defendants.                )
                                      )
22 _____    )

23
24     IT IS HEREBY STIPULATED by and between the Parties to this action through
25 their designated counsel that the above-captioned action be and hereby is dismissed with
26 prejudice pursuant to Federal Rule Civil Procedure 41(a)(1).
   / / / / / / /
27 / / / / / /
28  / / / / /

| | | |
|---|---|---|
| 1 | Dated: May 6, 2008 | H. F. LAYTON LAW OFFICE |
| 2 | | |
| 3 | | _____/s/_____ |
| 4 | | H. F. LAYTON<br>Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: May 9, 2008 | McMAMARA, DODGE, ET, AL. |
| 7 | | |
| 8 | | _____/s/_____ |
| 9 | | NOAH G. BLECHMAN<br>Attorneys for Defendants |