1  H. F. Layton (SBN 154465)
   James Martinez (SBN 235800)
2  H. F. LAYTON LAW OFFICE
   8660-B Brentwood Blvd.
3  Brentwood, California 94513
   Telephone: (925) 240-1040
4  Facsimile: (925) 240-1878

5  Attorneys for Plaintiff
   RAMON CASTILLO

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12

| | |
|---|---|
| 13  RAMON CASTILLO, | Case Number C07-4912 MHP |
| 14          Plaintiff, | |
| 15  vs. | STIPULATION OF DISMISSAL |
| 16 | |
| 17 | |
| 18  CITY OF RICHMOND, a Municipal Corporation; VIRGIL THOMAS, individually and as an Officer of the Richmond Police Department; TERRY HUDSON, individually and as Chief of Police of the Richmond Police Department; and DOES 1-100, inclusive, | |
| 21          Defendants. | |

   IT IS HEREBY STIPULATED by and between the Parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule Civil Procedure 41(a)(1).

/ / / / / / /
/ / / / / /
 / / / / /

1 | Dated: May 6, 2008

H. F. LAYTON LAW OFFICE

_____/s/_____
H. F. LAYTON
Attorneys for Plaintiff

6 | Dated: May 9, 2008

McMAMARA, DODGE, ET, AL.

_____/s/_____
NOAH G. BLECHMAN
Attorneys for Defendants

6/2/2008

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2